MURRAY A. FRANK, Appellant, v. JOSEPH G. PAPA, as President of Commission Drivers and Chauffeurs Union, Local 202, of the International Brotherhood of Teamsters, Chauffeurs, Stablemen and Helpers, Respondent.—

No opinion. Hagarty, Carswell, Johnston, Adel and Lewis, JJ., concur.